Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Chris S. Milligan (Bar No. 211532)
cmilligan@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

JS-6

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILLEN KRUMHOLZ AND DAVID KRUMHOLZ, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; DOE UNIFIED SCHOOL DISTRICT; AND ROES 1 TO 100, INCLUSIVE, <br><br> Defendants. | Case No. CV-11 2684 CAS (AGRx) <br><br> **ORDER ON STIPULATION TO REMAND ACTION TO SUPERIOR COURT** <br><br><br><br><br><br> Complaint Filed:  January 21, 2011 |

## ORDER

Based upon the parties' Stipulation to Remand Action to Superior Court and good cause shown,

**IT IS HEREBY ORDERED** that this matter be remanded to the Superior Court for the County of Los Angeles.

DATE: April 15, 2011

_Christine a. Snyde_

HON. CHRISTINA A. SNYDER, JUDGE
UNITED STATES DISTRICT COURT

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

0.0

1

[PROPOSED] ORDER ON STIPULATION TO
REMAND ACTION TO SUPERIOR COURT